Donald R. Warren (Bar No. 138933)
WARREN ■ BENSON LAW GROUP
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 454-2877
Facsimile: (858) 454-5878
donwarren@warrenbensonlaw.com

Attorneys for *Qui Tam* Plaintiff

**ORIGINAL**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, et al, *ex rel.*, Thomas Morrow,<br><br>Plaintiffs<br><br>v.<br><br>GENENTECH, INC.,<br><br>Defendant | CASE NO. CV06 - 3442 SJO (CWx)<br><br>NOTICE OF DISMISSAL<br><br>**LODGED UNDER SEAL PURSUANT TO 31 U.S.C. §§ 3730(b)(2) and (3)** |

The *qui tam* plaintiff, Thomas Morrow, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with the consent of the United States, and before service of the complaint upon the defendants and any response thereto, hereby dismisses this action in its entirety without prejudice.

Respectfully Submitted,

WARREN ■ BENSON LAW GROUP

Dated: January 22, 2008

*/s/ Donald R. Warren*
Donald R. Warren
Counsel for *qui tam* plaintiff Thomas Morrow

1

## CERTIFICATE OF SERVICE

    This is to certify under penalty of perjury that the foregoing Notice of Dismissal has been mailed, postage prepaid, January 22, 2008, to the people on the attached service list.

Dated: January 22, 2008

                                                                       Donald R. Warren

## PROOF OF SERVICE BY MAILING

### Morrow Cases - Service List

Linda Kontos, AUSA
U.S. Attorney Office
Room 7516
300 N. Los Angeles St.
Los Angeles, CA 90012

Dennis Fenwick
Deputy Attorney General
1425 River Park Drive, Suite 300
Sacramento, CA 95815

DANIEL R. MILLER
Deputy Attorney General
Director, Medicaid Fraud Control Unit
820 N. French Street
Wilmington, DE 19801

MARK S. THOMAS
Bureau Chief, Northern District
Medicaid Fraud Control Unit
Office of the Attorney General
Plaza Level-01, The Capitol
Tallahassee, FL 32399-1050

GARY K. SENAGA
Deputy Attorney General
Medicaid Fraud Control Unit
333 Queen Street, 10th Floor
Honolulu, HI 96813

PATRICK J. KEENAN
Bureau Chief
Medicaid Fraud Bureau
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

CURT DeLEE
Assistant Attorney General
Louisiana Department of Justice
Criminal Division
Medicaid Fraud Control Unit
P.O. Box 94005
Baton Rouge, LA 70804-9005

**Morrow Cases - Service List (continued)**

ROBERT PATTEN
Assistant Attorney General
RICHARD C. HEIDLAGE
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA  02108

L. TIMOTHY TERRY
Chief Deputy Attorney General
Nevada Attorney General's Office
Medicaid Fraud Control Unit
100 N. Carson Street
Carson City, NV  89701

JEFFREY S. CAHILL
Senior Assistant Attorney General
Director, Medicaid Fraud Unit
NH Department of Justice
33 Capitol Street
Concord, NH  03301

PETER M. COUGHLAN
Senior Counsel
State of Tennessee
Office of the Attorney General
P.O. Box 20207
Nashville, TN  37202-0207

PATRICK J. O'CONNELL
Assistant Attorney General
Chief, Civil Medicaid Fraud Section
P.O. Box 12548
Austin, TX  78711

ERICA JOANNA BAILEY
Assistant Attorney General
Medicaid Fraud Control Unit
Commonwealth of Virginia
  Office of the Attorney General
900 East Main Street
Richmond, VA  23219

JANE DRUMMEY, Deputy Director
Medicaid Fraud Control Unit
717 14th Street, N.W.
Suite 1100
Washington, DC  20005